JOHN STANTON BREWING AND MALTING COMPANY, Respondent, v. JOHN WILL,

Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.